UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN SPOTVILLE                                          CIVIL ACTION

VERSUS                                                  NO. 09-6661

HOWARD PRINCE, ET AL                                    SECTION "F"(4)

ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that John Spotville's petition for issuance of a writ of habeas corpus, pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this 20th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE